Sullivan, R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATASHA PHILLIPS,

              Plaintiff,

          - against -

LINCOLN SQUARE COMMERCIAL
HOLDING CO. LLC and AMERICAN
MULTI-CINEMA, INC.

             Defendants.
-----------------------------------------------------------x

1:16-cv-05379-RJS

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8.5.16

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff NATASHA PHILLIPS ("Plaintiff") and Defendant LINCOLN SQUARE COMMERCIAL HOLDING CO. LLC ("Lincoln Square"), that the time for Lincoln Square to respond to the Complaint shall be extended to and including September 1, 2016.

IT IS FURTHER HEREBY STIPULATED AND AGREED, that the parties consent to electronic service of all documents pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

MONTGOMERY McCRACKEN WALKER
& RHOADS, LLP

By: _____
Charles Palella
437 Madison Avenue, 29th Floor
New York, NY 10022
(212) 867-9500
*Attorneys for Defendant Lincoln Square Commercial Holding Co. LLC*

PARKER HANSKI LLC

By: _____
Glen H. Parker
Adam Hanski
Robert Hanski
40 Worth Street, 10th Floor
New York, NY 10013
(212) 248-7400
*Attorneys for Plaintiff Natasha Phillips*

SO ORDERED

_____
Hon. Richard J. Sullivan
United States District Court Judge   8/5/16

4146020v1